# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1507.  LARRY C. BERRY v. THE STATE.**

Larry C. Berry pled guilty to possession of propoxyphene and possession of a firearm by a convicted felon.  He later filed a motion to withdraw his plea.  By order entered October 2, 2012, the trial court dismissed the motion.  Berry then filed a pleading titled "Motion to Reconsider / Motion to Vacate From Court's Order to Dismiss" in which he asked the court to reconsider its order dismissing his motion to withdraw.  The court denied the motion to reconsider and/or vacate.  On January 24, 2013, Berry filed a notice of appeal indicating his wish to appeal both court orders. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  The denial of a motion for reconsideration is not directly appealable.  *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). And the filing of such motion does not extend the time for appealing the underlying judgment – here, the dismissal of Berry's motion to withdraw his guilty plea.  See id. Berry's appeal, therefore, is invalid as to the order denying his motion for reconsideration and untimely as to the order denying his motion to withdraw his guilty plea.  Accordingly, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

　　　*Clerk's Office, Atlanta,* 04/16/2013

　　　*I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*